# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SARAH JEAN VILLARREAL, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GEICO GENERAL INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:14-cv-01877-GMN-GWF <br><br> **ORDER** |

This matter is before the Court on Plaintiff's Motion to Continue Hearing (#23), filed on June 24, 2015. No opposition was filed, and the time to do so has passed.

Plaintiff requests that the hearing scheduled on Defendant's Motion to Compel (#18) be continued for at least twenty days. Plaintiff represents that counsel will be out of town and unable to attend the hearing. Plaintiff has sufficiently established good cause for granting the continuance. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Continue Hearing (#23) is **granted**. The hearing on the Motion to Compel shall be held on **August 4, 2015**, at **2:30 p.m.**

**DATED** this 1st day of July, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge