```
 1  ROBERT W. FREEMAN, ESQ.
    Nevada Bar No. 003062
 2  Email: Robert.Freeman@lewisbrisbois.com
    DANIELLE C. MILLER, ESQ.
 3  Nevada Bar No. 009127
    Email: Danielle.Miller@lewisbrisbois.com
 4  LEWIS BRISBOIS BISGAARD & SMITH LLP
    6385 S. Rainbow Boulevard, Suite 600
 5  Las Vegas, Nevada 89118
    702.893.3383
 6  FAX: 702.893.3789
    Attorneys for Defendant
 7  GEICO General Insurance Company
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SARAH JEAN VILLARREAL, an individual;<br><br>        Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, a Maryland corporation; DOES I-X; and ROE CORPORATIONS, 1-10;<br><br>        Defendants. | CASE NO.: 2:14-cv-01877-GMN-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff SARAH JEAN VILLARREAL ("Plaintiff"), by and through her counsel, SAGGESE & ASSOCIATES, and Defendant GEICO GENERAL INSURANCE COMPANY ("GEICO") by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4827-3350-1989.1

1 | causes of action against GEICO in the above-entitled action shall be dismissed, with
2 | prejudice, each party to bear their own attorney's fees and costs.
3 | DATED this 13th day of JULY, 2015.          DATED this 14th day of July, 2015.

SAGGESE & ASSOCIATES, LTD.                    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Marc A. Saggese                       By: /s/ Robert W. Freeman
MARC. A. SAGGESE, ESQ.                        ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 007166                         Nevada Bar No. 003062
732 S. Sixth Street                           DANIELLE C. MILLER, ESQ.
Las Vegas, Nevada 89101                       Nevada Bar No. 009127
*Attorneys for Plaintiff*                     6385 S. Rainbow Boulevard, Suite 600
                                              Las Vegas, Nevada 89118
                                              *Attorneys for Defendant*
                                              *GEICO General Insurance Company*

## ORDER

IT IS SO ORDERED.

**DATED** this 14th day of July, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Robert W. Freeman
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant GEICO*
*General Insurance Company*